IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF NON-PARTY SUBPOENAS SERVED IN:<br><br>CENTRIPETAL NETWORKS, INC.<br><br>        Plaintiff,<br>vs.<br><br>KEYSIGHT TECHNOLOGIES, INC. and IXIA,<br><br>        Defendants. | Case No. 18 mc 390<br><br>[Original case pending in the United States District Court for the Eastern District of Virginia, Norfolk Division, Civ. Action No. 2:17-cv-383-HCM-LRL]<br><br>NOTICE OF MOTION TO QUASH SUBPOENAS TO NON-PARTIES HUDSON BAY CAPITAL MANAGEMENT LP, RICHARD ALLISON and VIVIAN SCHNECK-LAST PURSUANT TO FED. R. CIV. P. 45 |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Non-Parties Hudson Bay Capital Management LP's, Richard Allison's and Vivian Schneck-Last's (the "Movants") Motion to Quash Non-Party Subpoenas Pursuant to Fed. R. Civ. P. 45, Movants will move this Court, on a date and time designated by this Court, for an Order quashing the subpoenas issued to them by Defendants Keysight Technologies, Inc. and Ixia (together, "Defendants") in the lawsuit pending in the United States District Court for the Eastern District of Virginia, Norfolk Division, captioned as *Centripetal Networks, Inc. v. Keysight Techs., Inc., et al.*, 2:17-cv-383-HCM-LRL, and for such other relief as the Court deems just and proper.

Dated: August 24, 2018

/s/ Cristina Martinez
Cristina Martinez
Kramer Levin Naftalis
& Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100

- 2 -

cmartinez@kramerlevin.com

*Attorneys for Non-Parties Hudson Bay Capital Management LP's, Richard Allison's and Vivian Schneck-Last*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2018, I served the foregoing Notice of Motion to Quash Subpoena to Non-Parties Hudson Bay Capital Management LP's, Richard Allison's and Vivian Schneck-Last Pursuant to Fed. R. Civ. P. 45, memorandum of law and declaration of Cristina Martinez (and exhibits thereto) by email on all counsel of record *Centripetal Networks, Inc. v. Keysight Techs., Inc., et al.*, 2:17-cv-383-HCM-LRL (E.D. Va.):

William R. Poynter
Virginia State Bar No. 48672
**KALEO LEGAL**
4456 Corporation Lane, Suite 135
Virginia Beach, VA 23462
Telephone: (757) 238-6383
Facsimile: (757) 304-6175
wpoynter@kaleolegal.com

Christine M. Morgan (*pro hac vice*)
James A. Daire (*pro hac vice*)
John P. Bovich (*pro hac vice*)
Jonah D. Mitchell (*pro hac vice*)
Doyle B. Johnson (*pro hac vice*)
Christopher J. Pulido (*pro hac vice*)
**REED SMITH LLP**
101 Second Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 543-8700
Facsimile: (415) 891-8269
cmorgan@reedsmith.com
jdaire@reedsmith.com
jbovich@reedsmith.com
jmitchell@reedsmith.com
dbjohnson@reedsmith.com
cpulido@reedsmith.com

*Attorneys for Defendants
Keysight Technologies, Inc. and Ixia*

/s/ Cristina Martinez
Cristina Martinez